In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO.  09-13-00533-CR
NO. 09-13-00534-CR

**JOHN ROBERT MANNING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 13-09-09713 CR (Count 1 and 2)**

**ORDER**

The clerk's record in the above styled and numbered cause was filed on January 29, 2014, and the reporter's record was filed on March 18, 2014.  On May 30, 2014, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION."  On July 1, 2014, the appellant's retained attorney, Mark Phillips, was notified that the brief of the

appellant has not been filed. Although the brief of the appellant was due to be filed Thursday, June 26, 2014, the brief has not been filed to date.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify him have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and send said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether retained counsel has abandoned the appeal. If the trial court determines that retained counsel has abandoned the appeal, the trial court shall determine whether appellant is indigent and whether counsel should be appointed for the appeal. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2014).

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of

2

the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before October 20, 2014.

ORDER ENTERED September 18, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.